CERTIFIED MAIL: 7016 1970 0001 0753 7840
Return Receipt Requested

July 2, 2019

Internal Revenue Service, Disclosure Office
Attn: Jason Angelotti
Stop 4030
7850 SW 6th Ct
Plantation, FL 33324

Diane Marie Reynolds
129 Prospect Hill Street
Raynham, Massachusetts 02767

*U.S. DISTRICT COURT DISTRICT OF MASS. 2019 JUL -2 PM 1:14 FILED IN CLERKS OFFICE*

Subject: Final Notice before suit for
Violation of Constitutionally Protected Rights under the Color of Law

Dear Mr. Angelotti:

    I am in receipt of your June 24, 2019 response to my May 14, 2019 notice containing a copy of the civil action I would be filing against you in First Circuit District Court, Massachusetts for violation of my constitutionally protected rights. As stated in several previous notices/correspondence to you, I have attempted in good faith to resolve this matter without the intervention of the court. You have acted under the color of law to deny my protected essential rights to redress of grievance, due process, administrative due process, due process of law and equal protection under the law by failing to provide me any remedy in law. You are a federal actor acting under the color of law to deny me my essential rights. All of your refusals to provide me with any remedy in law will be proof of your willful violations of my essential rights.

    This action has now been filed in my MISCELLANEOUS file at the First Circuit District Court in Massachusetts, Case File: 07-mc-10134-WGY, see attached. To fully exhaust my administrative remedy and to show full good faith I am providing you with one last opportunity to answer/provide the information I have requested numerous times, see below. You will have (10) business days from your receipt of this final notice to provide the requested information/answers. If you do not answer or provide the requested information I will simply pay the complaint fee to open a formal complaint and serve you. You will then have twenty (20) days pursuant to the federal rules of civil procedures to respond since this is not an action against the IRS but you personally.

    Again, this action has been entered against you PERSONALLY wherein it was your choice and decision to violate my protected rights. Therefore there is NO substituting the IRS for your actions, the IRS did not violate my rights you did.

**42 U.S. Code § 1983 - Civil action for deprivation of rights**

Final Notice of Civil Action under 42 U.S.C. § 1983
Page 1 of 5

Every person who, **under color** of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the **deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured** in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

I have been denied and deprived my rights. You have acted outside the scope of your official duties under color of law by denying and depriving me my Constitutional rights to redress of grievances, due process of law and equal protection of the laws, administrative due process, substantive due process, procedural due process and my rights to life, liberty and property. There is no immunity (QUALIFIED IMMUNITY) for deprivation of rights when you act outside the scope of your official duties under color of law, 42 USC 1983 Civil action for deprivation of rights. I will file a civil complaint against the individual defendant Jason Angelotti who was acting in his individual capacity, you have received notice and an opportunity to respond/answer, and you were acting under color of state law.

I have a documented record via several notices and requests requesting information from you so I could fully exercise my protected rights under the first, fifth and fourteenth amendments, to wit:

1. Original request for amendment of IMF records dated June 12, 2018, Certified Mail: 7016 3560 0000 3914 8191 @11:27 AM, delivered/received on June 18, 2018 in Front Desk/Reception/Mail Room, FORT LAUDERDALE, FL 33324, attention Jason Angelotti.

2. Second request for amendment of IMF records/First Notice of Violation of Constitutionally Protected Rights, dated September 17, 2018 Certified Mail: 7016 3560 0000 3914 8269, delivered/received on October 1, 2018 @11:38AM in Front Desk/Reception/Mail Room, FORT LAUDERDALE, FL 33324, attention Jason Angelotti.

3. Second Notice of Violation of Constitutional protections, dated November 1, 2018, Certified Mail: 7016 3560 0000 3914 8276, allegedly still in transit despite Jason Angelotti's non-response dated November 26, 2018.

4. Third Notice of Violation of Constitutional protections, dated December 14, 2018, Certified Mail: 7016 3560 0000 3914 8290 @11:11AM, in Front Desk/Reception/Mail Room, Fort Lauderdale, FL, 33324, attention Jason Angelotti.

You, Mr. Angelotti have been provided ample notice of your choice to violate my protected rights by not only refusing to answer my reasonable requests for information, but to deny me access to the law and my rights to appeal your denial of my request to amend erroneous "personal" information; or provide a reasonable explanation regarding the entries under fields BODC, FYM and VAL. You have not provided any supporting information showing any alternative meaning to these terms as they are described in the 6290 Manual and Internal Revenue Manual.

If you wish to avoid the time and expense of these proceedings, its' quite simple Mr. Angelotti; simply provide me with the requested information so I can fully exercise my protected rights:

a. To amend the clearly erroneous business entries contained under the BODC and FYM fields. These fields should be blank, or in the alternative answer the following:

   i. Does a Fiscal Year Month ("FYM") apply to a privately employed natural person?

      Yes: _____      No:_____

   ii. Does the "WI" designation under the BODC apply to a privately employed natural person who has not paid wage or investment income to another person?

      Yes: _____      No:_____

b. To provide an explanation regarding the IRS's continued failure to properly validate my name control/SSN wherein both are correctly shown in the IMF records the IRS is maintain on me. If proper validation cannot be made, why?

c. To whom (name and address) in your agency I should address an appeal of your adverse determination regarding the denial of my request to amend **personal** information contained in the Individual Master File (IMF) records the IRS is maintaining on me;

d. Either you provide answers to my questions below or provide the name and address of the individual that can answer my specific questions regarding the mandatory validation procedures regarding the name control and my SSN that were raised in my request to amend;

   i. When the IRS created the IMF account regarding me did it pass the mandatory standard validation check for SSN and name control?

      YES: _____      NO: _____

    ii. Has the IMF account being maintained on me ever passed the mandatory standard validation check for name control and SSN?

        YES: _____   NO: _____

    iii. Did the IRS override the permanent invalid SSN freeze placed on the IMF account regarding me without having me verify my information?

        YES: _____   NO: _____

    iv. Did the IRS "edit" my SSN in any way?

        YES: _____   NO: _____

    If yes, how was my SSN edited and for what purpose?

    v. Using my SSN: 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 and Diane Marie Reynolds (name control REYN), as would appear in the SSA's quarterly DM-1 tapes, does the account created by the IRS regarding me pass the mandatory standard validation check for name control and SSN?

        YES: _____   NO: _____

e. Any and all procedures the IRS uses in validating the taxpayer's IMF records for name control and SSN, as well as procedures for validating all entries made into said records; and,

f. Copies of the IMF records regarding my husband and our joint IMF records. You have copies of our original requests from over a year ago.

    So Mr. Angelotti, as stated above, this is not a tax issue but a rights issue. You are denying me my constitutionally protected rights under the first amendment, that being my right to redress of grievance and for you to answer my specific and lawful questions. Any violation of my constitutionally protected rights causes injury to me which is actionable against you personally under 42 U.S.C. § 1983. If you are not familiar with that statute I strongly suggest you familiarize yourself with it because, as I've stated, I will have no problem filing suit against you personally, as attached. I know you must keep up the IRS façade, but it will not work with me. All I'm asking is for your agency to comply with the law and answer my specific questions regarding your agency's records. If you continue to violate my protected rights and I do not have a response from you within the next ten (10) business days, I **will** simply pay the fee and formally open the complaint against you.

     I wish to thank you in advance to your time and consideration regarding this extremely important matter. If you should have any questions or need additional information please contact me at the number below.

                                              Respectfully submitted,

                                 BY: _____
                                  Diane Marie Reynolds, all rights reserved, without prejudice
                                  Cell: 774-766-7350

Enclosures:

Copy Complaint for Violation of Civil Rights – First Circuit District Court
Affidavit of Diane Marie Reynolds
Identity Theft Affidavit – Diane Marie Reynolds